UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates to: | |
| *EDWARD BAITT and BARBARA BAITT*<br>Case No. 3:06-cv-03023-CRB | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS WITH PREJUDICE** |
| *CHRIS M. GUEST, EXECUTRIX OF THE EST. of GORDON BLAKE GUEST, DEC'D.*<br>Case No. 3:06-cv-03021-CRB | |
| *MARY ANN SEITZ*<br>Case No. 3:07-cv-01514 | |
| *CAROL THOMPSON, KATIE THOMPSON, DENISE KISH, CHRISTINE KAYS and JAMES THOMPSON, JR.*<br>Case No. 3:07-cv-01515 | |
| Plaintiffs, | |
| vs. | |
| PFIZER, INC. | |
| Defendant. | |

Come now all remaining Plaintiffs in these actions, including Edward Baitt and Barbara Baitt, Chris M. Guest, Executrix of the Est. of Gordon Blake Guest, Dec'd., Mary Ann Seitz, Carol Thompson, Katie Thompson, Denise Kish, Christine Kays, James Thompson, Jr., and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: Oct. 10, 2009    By: _____

STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)

*Counsel for Plaintiffs*

OF COUNSEL:

SPANGENBERG, SHIBLEY & LIBER LLP
1001 Lakeside Ave. East
Suite 1700
Cleveland, Ohio 44114
(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com
NAD@Spanglaw.com

DATED: April 2, 2010    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES'**

**STIPULATION, IT IS SO ORDERED.**

DATED: Oct. 26, 2010    _____

Hon. Charles R. Breyer
United States District Court

2